The People of the State of Colorado, Plaintiff-Appellee, v. Sedona Paige Johnson, Defendant-Appellant. No. 19CA1227
Court of Appeals of Colorado, Second Division
November 24, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 Mesa
 County District Court No. 18CR512 Honorable Gretchen B.
 Larson, Judge.
 
 
 
 OPINION
 
 
 
 BERGER, JUDGE.
 
 
 JUDGMENT
 AND ORDER AFFIRMED
 
 
 
 Román and Yun, JJ., concur.
 
 
 1